UNITED STATES DISTRICT COURT
For the
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 FEB 20 P 4: 59

DEBRA P. HACKETT CLK
MIDDLE DISTRICT ALA

Shelton Merriweather-Plaintiff,
V.

Case Number: 2:20-CV-119-ALB-WC

Createspace, Amazon. Com., Kindle Direct Publishing
and Brandon Wrigley-Defendants.

DEMAND FOR JURY TRIAL

Civil Action Complaint

## THEFT OF BOOK and MONEY DERIVED FROM BOOK SELLS and Promotion of Shelton Merriweather Book who's Front and Back Cover Page is attached for Court Purpose Only

Parties:

Shelton Merriweather is a resident of Alabama and presently reside in Alabama.

Brandon Wrigley; Amazon.Com and Kindle Direct Publishing are defendants that hold resident in Seattle, Washington. Defendant Createspace is a defendant that hold resident in North Charleston, South Carolina.

Jurisdiction and venue

Plaintiff seeks damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. section 101 et seq.) This action can entertain supplemental jurisdiction over plaintiff's claims arising under Alabama State Law pertaining to unauthorized use and enjoyment of Plaintiff's book, name and any other unauthorized gain or advantage acquired therefrom by Defendants.

1

This Court has jurisdiction over this action under 28 U.S.C. section 1338; 28 U.S.C. 1338 and federal diversity statute. Also, 28 U.S.C. section 1367 as the Alabama claims also form part of the same case or controversy.

Complaint

1-Plaintiff's book whose front and back page are attached hereto was first common law copyrighted.

2-Plaintiff's book was discovered to be a work of the named Defendants.

3-Plaintiff did not authorize the named Defendants to have anything to do with the book of Plaintiff.

4-Plaintiff so notified the Defendants.

5-Plaintiff also notified the Alabama Attorney General of the same.

6-Defendants failed and refused to cease and desist lording over Plaintiff's name and Plaintiff's book which make the subject of this complaint.

7-Defendant knowingly released to the Alabama Attorney General false and evasive information as to book sells.

8-Defendants together and apart engaged in un-authorized use and enjoyment of Plaintiff's name and Plaintiff's book in violation of civil laws of both Alabama and the United States of America.

9-Plaintiff also hold the certificate of registration as issued to Plaintiff by the United States Register of Copyrights and Director.

10-Plaintiff also hold the proof of evidence that Plaintiff sought to stop Defendants from using and enjoying Plaintiff's book without Plaintiff consent or approval.

11-Plaintiff is the victim of abuse and Plaintiff continues to suffer lost and income resulting from the unauthorized use and enjoyment of Plaintiff's name and book and the sale of Plaintiff's book.

12-Plaintiff asserts that this is a dispute between Plaintiff and Defendants, resident citizens of different states with an amount in controversy that is more than $75,000.

13-Plaintiff has not requested an International Standard Book Number that is shown by Defendants to the detriment of Plaintiff.

14-Defendants together and apart have benefited from the use of the ISBN.

15-Plaintiff asserts that Defendants engaged in theft by deception as to Plaintiff and Plaintiff's literature compiled in book form.

16-Defendants engaged in theft by deception, federal copyright infringement and federal common law taking of Plaintiff's literature and name without the consent of or approval of Plaintiff.

17- This is a timely filed lawsuit with exhibits attached hereto.

18-All transactions made known to Plaintiff took place within the Middle District of Alabama.

19-Plaintiff developed and created the subject book in Alabama.

20-Plaintiff seeks the appointment of counsel.

-Plaintiff certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the coat of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Federal Rules of Civil Procedure and so signed by _____ 2/20/20

Wherefore, Plaintiff seeks the following relief

1- An Order from this Court to compel Defendants to stop engaging in the use and enjoyment activity that stripes Plaintiff of Plaintiff's good name, Plaintiff income and book rights.

2- An Order from this Court to compel Defendants disclose the money derived from the unauthorized use and enjoyment by defendants of Plaintiff's good name, Plaintiff's income and book rights.

3- Should Defendants default on answer of Plaintiff's complaint, Plaintiff ask for a million dollars from each named defendants.

4- An Order from this Court to compel Defendant to never engage in the unauthorized use and enjoyment of Plaintiff's good name, Plaintiff's income and book rights.

5- An Order from this Court favorable to the Plaintiff under the circumstances.

6- An Order that would assign highly qualified attorney to prosecute this civil action on behalf of Plaintiff.

Plaintiff seeks demand for jury trial

Respectfully, *Sh. Merriweather* 2/20/20

Shelton Merriweather
2118 Belfast Street
Montgomery, Alabama 36106

334 315-7122