IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHELTON MERRIWEATHER,     )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )<br>                           )<br>CREATESPACE, et al.,       )<br>                           )<br>     Defendants.           ) | CIVIL ACTION NO.<br>   2:20cv119-MHT<br>        (WO) |

OPINION

Plaintiff filed this lawsuit asserting that defendants sold copies of his book without his permission, infringed his copyright, and violated unspecified state laws.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss the individual defendant and motion to compel arbitration be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2021.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**