IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHELTON MERRIWEATHER,        )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:20cv119-MHT
                             )            (WO)
CREATESPACE, et al.,         )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 48) is adopted.

(2) Defendants' motion to dismiss and to compel arbitration (Doc. 24) is granted.

(3) Plaintiff's claims against defendant Brandon Wrigley are dismissed without prejudice for lack of personal jurisdiction.

(4) Plaintiff's remaining claims are dismissed without prejudice to plaintiff pursuing those claims

through arbitration.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of March, 2021.

                                                  /s/ Myron H. Thompson  
                                          UNITED STATES DISTRICT JUDGE