IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHELTON MERRIWEATHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-119-MHT-KFP |
| | ) |
| CREATESPACE, et al., | ) |
| | ) |
| Defendants. | ) |

### **RECOMMENDATION OF THE MAGISTRATE JUDGE**

Before the Court is Plaintiff Shelton Merriweather's Motion to Compel Arbitration (Doc. 51), in which he complains that Defendants "convinced this honorable court and judge to direct this case to arbitration" but "[n]o action for arbitration has been filed and [that he] is in need of Court oversight of the subject matter as to ordered mediation." Upon consideration of the motion, the undersigned RECOMMENDS that the motion be DENIED as MOOT, as set forth below.

The Court previously granted Defendant's Motion to Compel Arbitration (Doc. 24), dismissed the claims against Defendant Brandon Wrigley for lack of personal jurisdiction, and dismissed all remaining claims "without prejudice to *plaintiff pursuing those claims through arbitration*." Doc. 50 at 1 (emphasis added). Additionally, the parties' arbitration agreement states, "To begin an arbitration, you must send a letter requesting arbitration and describing your claim to our registered agent," and the agreement defines "you" as the person or entity accepting the agreement with CreateSpace. *See* Doc. 24-1 at 6, 16. Thus, the Court has already compelled Plaintiff's

claims to arbitration, and both the court order and the parties' arbitration agreement informed Plaintiff of his responsibility to initiate the arbitration proceedings.

Accordingly, the undersigned RECOMMENDS that Plaintiff's motion be DENIED as MOOT.

Further, it is ORDERED that on or before **May 25, 2023**, the parties may file objections to this Recommendation. The parties must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made. Frivolous, conclusive, or general objections will not be considered by the Court. This Recommendation is not a final order and, therefore, is not appealable.

Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with 28 U.S.C. § 636(b)(1) will bar a party from a de novo determination by the District Court of legal and factual issues covered in the Recommendation and waive the right of the party to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except on grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1.

DONE this 11th day of May, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE