IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHELTON MERRIWEATHER, )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>CREATESPACE, et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:20cv119-MHT<br>(WO) |

OPINION AND ORDER

Plaintiff filed this lawsuit asserting that defendants sold copies of his book without his permission, infringed his copyright, and violated unspecified state laws. The court previously dismissed plaintiff's claims against one defendant for lack of personal jurisdiction and dismissed the remaining claims "without prejudice to plaintiff pursuing those claims through arbitration." Judgment (Doc. 50). Over two years later, plaintiff filed a motion to compel arbitration. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to compel arbitration be

denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

\*\*\*

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 52) is adopted.

(2) Plaintiff's motion to compel arbitration (Doc. 51) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 5th day of June, 2023.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**